Núm. 2.—Pueblo, querellante *v.* Rubert Hermanos, Inc., Dmda.
—Original. ▮▮▮▮▮▮▮ Febrero 19, 1937.
(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción radicada por la corporación demandada, por la que solicita la eliminación de ciertas alegaciones de la querella presentada en este caso, y examinados los alegatos sometidos por una y otra parte en pro y en contra de las eliminaciones solicitadas, se resuelve:

1. Deben eliminarse de la querella las palabras "ha perdido todos sus derechos a ejercer las franquicias y privilegios que le fueran concedidos por las razones siguientes," que aparecen en el párrafo inicial de la querella, por constituir dichas palabras una mera conclusión legal y no una exposición de hechos.

2. Se declara sin lugar la moción en cuanto a las demás eliminaciones solicitadas, por entender que las redundancias que en ellas pueda haber carecen de importancia y no pueden causar perjuicio o molestias a la demandada.

3. Se concede al querellante un término de quince días para enmendar su querella de conformidad con los términos de esta resolución; y a la demandada un término de veinte días para presentar las excepciones que creyere convenientes o para contestar la querella enmendada, debiendo contarse dicho término desde la fecha en que la citada demandada o sus abogados fueren notificados con copia de la querella enmendada.

El Juez Asociado Sr. Wolf está conforme con la resolución, excepto en cuanto a la negativa a eliminar en todo o en parte el párrafo (f) de la querella, con sus incisos (1), (2) y (3). El Juez Asociado Sr. Córdova Dávila no intervino.